IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IMP GALLERIA LLC, d/b/a Windsor by the Galleria, | § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:24-CV-2291-K-BW |
| ANTHONY MACK, | § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate Judgment, this case will be remanded to state court.

Defendant's Motion to Dismiss (Dkt. No. 4), Motion for Leave to Proceed In Forma Pauperis (Dkt. No. 5), and Motion for Emergency Hearing (Dkt. No. 6) are TERMINATED as moot.

SO ORDERED.

Signed February 25th, 2025.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRCIT JUDGE